AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

v.

Lawrence Barrows

**03 CV 12331 DPW**

CASE NUMBER:

TO: (Name and address of Defendant)

Lawrence Barrows
9 Algerine Street
Berkley, MA 02779

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK    TONY A...

(By) DEPUTY CLERK

DATE    NOV 20 2003

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

*Bristol, ss.*

February 17, 2004

I hereby certify and return that on 2/13/2004 at 11:52 am I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Corporate Disclosure, Case Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Lawrence Barrows, 9 Algerine Street Berkley, MA 02779 and by mailing first class mail to the above-mentioned address on 2/13/2004. Copies ($4.00), Conveyance ($2.25), Travel ($17.60), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $57.10 Left with an adult female.

_____
Deputy Sheriff

Deputy Sheriff Richard W. Hinkley

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.




# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE SHERIFF
*County of Bristol*

## THOMAS M. HODGSON, SHERIFF
108 Court Street – P.O. BOX 8928 – New Bedford, Massachusetts 02740-8928

**JOHN H. MCNAIR**
**CHIEF DEPUTY**

TEL: 508-992-6631
FAX: 508-991-6016

Affidavit

DIRECTV, Inc.
    Plaintiff

V                      Docket# 03CV12338DPW

Lawrence Barrows,
    Defendant

I, the undersigned, being duly sworn under oath, do hereby depose and say as follows:

1.) That I am a duly authorized Deputy Sheriff, in and for the County of Bristol, Commonwealth of Massachusetts.

2.) That on February 13, 2004 at 1152 hours in the forenoon, a true attested copy of the within Summons and Complaint, C.A. Cover Sheet, Corporate Disclosure and Case Cover Sheet was served upon the within named defendant, Lawrence Barrows, in the following manner; by leaving at his last and usual place of abode, to wit: 9 Algerine Street, Berkley, MA 02779 and by mailing first class mail to the above mentioned address on February 13, 2004. Left with an adult female.

3.) During processing of the return of service the original summons was ripped accidentally and was returned to the Plaintiff's Attorney in two pieces, therefore, the original summons is being taped together to submit to the court for filing.

Subscribed and sworn to under the pains and penalties of perjury this 25th day of February, 2004.

*Victoria A. Baldwin*
Deputy Sheriff